**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01844-BNB

DAVID WOMACK, also known as
DAVID LEE WOMACK,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion for appointment of counsel (ECF No. 6) filed on July 22, 1913, is DENIED as premature.

Dated:  July 23, 2013