**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01844-BNB

DAVID WOMACK, also known as
DAVID LEE WOMACK,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The clerk of the Court is directed to strike the letter (ECF No. 8) submitted to the Court on August 2, 2013, by Jeremy Pinson, who is not a party to this lawsuit.

Dated:  August 6, 2013